# United States District Court
# For The Western District of North Carolina
# Statesville Division

CHESTER LAMBERT LILLEY, JR.,

    Plaintiff(s),                            JUDGMENT IN A CIVIL CASE

vs.                                             5:07CV51-2-MU

DOCTOR AT IREDELL COUNTY JAIL,
CHANCE WILLIAMS, P. A. CHRISTAFOR,
DR. JONES, MISS WIGGINS,

    Defendant(s).

DECISION BY COURT. This action having come before the Court by complaint and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 13, 2007, Order.

                                                 Signed: June 13, 2007

                                                 Frank G. Johns, Clerk
                                                 United States District Court